UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STEPHEN JENKINS, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-58 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| THE CHAMPION COMPANY, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE (DOC. NO. 8)**

This matter is before the Court on the Parties Stipulated Dismissal with Prejudice ("Stipulation") (Doc. No. 8). In the Stipulation, the Parties state, "[t]he Court retains jurisdiction to enforce the terms of the settlement agreement." (*Id*.)

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) and incorporate appropriate language in any judgment entry. If the parties intend to preserve this Court's jurisdiction, then they must submit to the Court a copy of the fully-executed settlement agreement (either by filing it on the docket or emailing it to this chambers). The Court will not retain jurisdiction without first reviewing the fully-executed settlement agreement.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, November 3, 2023.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE